IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PENNY LANE                                                                              PLAINTIFF

v.                                              5:07CV00311 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                 DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 18th day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE